■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR JARA, Appellant. [622 NYS2d 754] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Harbater, J.), rendered October 16, 1992, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court erred by allowing the prosecutor to cross-examine a defense witness regarding his failure to present exculpatory information to law enforcement authorities without first establishing the proper foundation, as required by *People v Dawson* (50 NY2d 311), for such cross-examination *(see, People v Morris,* 100 AD2d 600). Furthermore, the trial court erred by failing to instruct the jury that a witness has no moral or civil obligation to go to the police with exculpatory information *(see, People v Brown,* 104 AD2d 383). However, in light of the overwhelming evidence of the defendant's guilt, these errors are harmless *(see, People v Cook,* 117 AD2d 675).

The sentence that was imposed is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review *(see,* CPL 470.05 [2]). Ritter, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JONES, Appellant. [623 NYS2d 143] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered December 9, 1991, convicting him of sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issues raised on this appeal are all unpreserved for appellate review and we decline to review them in the exercise of our interest of justice jurisdiction *(see,* CPL 470.05 [2]). Lawrence, J. P., Ritter, Friedmann and Krausman, JJ., concur.